DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEFFREY LEE DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1084

_____

November 17, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Jeffrey Lee Davis, pro se.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.